

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-21-00533-CV

**IN THE ESTATE OF MAGDALENE B. MZYK**, Deceased

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 21-01-00010-CVK
Honorable Joel B. Johnson, Judge Presiding

# O R D E R

On March 2, 2022, we abated this appeal and remanded the case to the trial court for entry of a final judgment that disposes of all parties and all claims. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). On June 23, 2022, the district clerk filed a supplemental clerk's record containing a final, appealable judgment. We therefore lift our March 2, 2022 abatement and reinstate this appeal to our docket.

Our records show that the appellate record is now complete. Accordingly, appellant's brief is due **by July 28, 2022**. TEX. R. APP. P. 38.6(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court